IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DANNIE WARE, #37944                                              PETITIONER

vs.                                         CIVIL ACTION NO. 5:12cv147-DCB-MTP

RON KING                                                         RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation [docket entry 14] of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Respondent Ron King's Motion to Dismiss [10] is GRANTED and Petitioner Dannie Wares' Petition [1] for a Writ of Habeas Corpus [1] is DENIED and dismissed with prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u> 4th </u> day of September, 2013.

<u>s/David Bramlette          </u>
UNITED STATES DISTRICT JUDGE